

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00112-CV

| | | |
|---|---|---|
| ODEH GROUP, INC.; JAMAL ODEH, INDIVIDUALLY AND ON BEHALF OF MPBE, LLC; AND ANDALUSIA DESIGN & CONSTRUCTION, INC., Appellants | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-300596-18) |
| V. | | |
| | § | February 25, 2021 |
| BADY SASSIN, INDIVIDUALLY; FERNANDO SANCHEZ, INDIVIDUALLY; AND AWAD SALEH ABDELQADAR, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to provide that Odeh Group, Inc.; Jamal Odeh, individually and on behalf of MPBE,

LLC; and Andalusia Design & Construction, Inc.'s claims are dimissed without prejudice, and we affirm the trial court's judgment as modified.

We order that Appellants Odeh Group, Inc.; Jamal Odeh, individually and on behalf of MPBE, LLC; and Andalusia Design & Construction, Inc., jointly and severally, pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr